U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 7 2005

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JARMON WILLIAMS | DOCKET NO. 1:04 CV 2214 |
| | SECTION P |
| VS. | JUDGE DRELL |
| MURPHY CLARK, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that defendants Lemone, Doe #1, Doe #2, Doe #3, and the Louisiana Department of Public Safety and Corrections be **DISMISSED WITH PREJUDICE** from this civil rights action.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this \_\_\_7th\_\_\_ day of \_\_\_July\_\_\_, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE