

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JARMON WILLIAMS | CIVIL ACTION NO. 04-2214-A |
| VS. | SECTION P |
| MURPHY CLARK, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### ORDER

On July 7, 2005, the Court adopted the Report recommending dismissal of defendants Samuel Lemone, John Doe, Richard Stadler, and the Louisiana Department of Public Safety and Corrections. [See Docs. 7 and 10] On July 19, 2005, the United States Marshals Service directed the plaintiff to provide USM 285 forms for each of the defendants, including those previously dismissed. [See Doc. 13]

The Clerk is directed to notify defendants Samuel Lemone, John Doe, Richard Stadler and the Louisiana Department of Public Safety and Corrections that, as to those defendants, suit has been dismissed and the summons and process may be disregarded.

Alexandria, Louisiana, this 1st day of _____, 2005

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE